UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 10-CR-104-JJB-SCR-2 |
| *Versus* | : | |
| | : | |
| CHIKENNA JONES | : | |

**NOTICE OF APPEAL**

Notice is hereby given that, CHIKENNA JONES wishes to appeal to the United States Court of Appeals for the Fifth Circuit, from the District Court's sentence in this case, which was entered on July 24, 2012; JONES also desires to appeal every adverse pre-trial and post-trial ruling rendered by the District Court against her in these proceedings.

                              RESPECTFULLY SUBMITTED:

                              s/ Michael A. Fiser
                              MICHAEL A. FISER
                              Attorney at Law
                              830 Main Street
                              Baton Rouge, LA 70802
                              Phone: (225)343-5059
                              Fax: (225)336-4667
                              Email: michael@fiserlaw.com
                              Bar Roll No: 28575

## CERTIFICATE OF SERVICE

    I hereby certify that, on July 31, 2012, a copy of Chikenna Jones' *Notice of Appeal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to lead prosecutor David Maria, and all counsel of record, by operation of the Court's electronic filing system.

                                    s/ Michael A. Fiser
                                    MICHAEL A. FISER